# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

PAMELA B. GREENE, )
        Plaintiff, )
)
v. ) CIVIL NO. 1:05CV9
)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
        Defendant. )

## CONSENT ORDER WITH REMAND
## PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

The United States of America has moved this Court, pursuant to sentence four of 42 U.S.C. §405(g), to enter a judgment reversing the defendant Commissioner's decision with a remand of the cause to the defendant Commissioner for further administrative proceedings.

On remand to the Commissioner, the Administrative Law Judge, ("ALJ") will 1) evaluate the medical opinions in the record, including Dr. Talley's, as directed by the Appeals Council's February 28, 2003, remand order and 2) comply with <u>Social Security Ruling</u> 00-4p and present the vocational expert with a hypothetical question which reflects the residual functional capacity as found.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. §405(g), and in light of the Commissioner's and plaintiff's request to remand this action for further proceedings, this Court hereby:

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 111 S. Ct. 2157(1991). The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. As there remains no justiciable dispute pending between the parties, upon the Clerk's entry of judgment, the Court's jurisdiction over this case shall terminate except for purposes of consideration and determination of motions for

attorneys fees, including any motion for such fees under the Equal Access to Justice Act (EAJA). Plaintiff shall have thirty (30) days from final judgment in which to file any motion for attorneys fees under EAJA in this matter.

This the 20 day of June, 2005.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

PAUL B. TAYLOR
Assistant United States Attorney
Chief, Civil Division

DONALD H. BUMGARDNER
Counsel for Plaintiff (Pamela B. Greene)


RECEIVED
JUN 20 2005