# United States District Court
## For The Western District of North Carolina
## Asheville Division

FILED
ASHEVILLE, N.C.
JUN 20 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

PAMELA B. GREENE,

    Plaintiff(s),

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:05cv9

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2005 Consent Order With Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g).

June 20, 2005

FRANK G. JOHNS, CLERK

BY: _____
Elizabeth Barton, Deputy Clerk